UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          No. 07-20309

vs.               District Judge Victoria A. Roberts

CORDELL SAIN,        Magistrate Judge R. Steven Whalen

   Defendant.
_____ /

## ORDER

For the reasons stated on the record on December 18, 2008, Defendant Cordell Sain's Motion for Bill of Particulars [Docket #190] and Defendant Lenardo Sain's concurrence in said motion [Docket #194] are DENIED.

 SO ORDERED

            S/R. Steven Whalen
            R. STEVEN WHALEN
            UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 18, 2008.

            S/Gina Wilson
            Judicial Assistant